**United States District Court
Central District of California**


FILED
CLERK, U.S. DISTRICT COURT
APR 6, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Alexander Baker,

     Plaintiff,

v.

Firstcom Music, a Unit of Universal Music-Z Tones, LLC, et al.

     Defendants.

LA 16-cv-08931 VAP (JPRx)

**Judgment in Favor of Defendants Firstcom Music, a Unit of Universal Music-Z Tones, LLC; Ken Nelson; Jenifer Carpenter; and Children's Network, LLC, aka Sprout on Plaintiff's Complaint**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Court's March 15, 2018 Order Regarding the Parties' Cross Motions for Summary Judgment as They Relate to Plaintiff's Complaint (Doc. No. 292), IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as to Defendant Firstcom Music, a Unit of Universal Music-Z Tones, LLC; Defendant Ken Nelson; Defendant Jenifer Carpenter; and Defendant Children's Network, LLC, aka Sprout.  The Court orders that such judgment be entered.

  **IT IS SO ORDERED.**

Dated:  4/6/18

             Virginia A. Phillips
             Chief United States District Judge