# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 5, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

~~Alexander Baker,~~

~~Plaintiff,~~

~~v.~~

~~FirstCom Music, a Unit of Universal Music Z-tones, LLC, et al.,~~

~~Defendants.~~

~~16-cv-08931 VAP (JPRx)~~

Clara Veseliza Baker, a.k.a. Clair Marlo,

Counterclaimant,

v.

Alexander Baker,

Counter-Defendant.

16-cv-08931 VAP (JPRx)

**Judgment**

//
//
//
//
//
//
//

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's June 27, 2018 Memorandum Opinion and Findings of Fact & Conclusions of Law (Doc. No. 352), IT IS SO ORDERED AND ADJUDGED that the registered writer splits for the musical compositions listed on Exhibit 722 are correct and accurate, with the exception of the compositions listed on Appendix A to this Judgment.

The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 7/5/18

Virginia A. Phillips
Chief United States District Judge

## Appendix A[1]

- Been a Long Time Coming
- On a Big Ship
- Go All the Way
- Nightbird
- California Baby
- Let Love Unwind
- Keep on Doing
- Kick Up The Sound
- Lay a Little Love On Me
- Gonna Light Your Fire
- Treehouse Hideaway
- Time to Hit The Road
- Bye Bye
- Hangin Out
- Hey Hey Hey
- I'll Be There
- Last Call
- One Step Closer
- She Can Dance
- Shout
- Sun is Shining
- This Is You
- Up
- Whatever It Takes HM

---

[1] The compositions listed here are those included in the "Happy Songs" and "That 70's Record/70's Mix Tape" projects.