UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-08931-VAP-(JPRx) | Date | October 20, 2021 |
| Title | *Alexander C. Baker v. FirstCom Music, et al.* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **MINUTE ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT (DOC. NO. 415) (IN CHAMBERS)**

  Alexander Baker ("Baker") filed a Motion for Relief from Judgment ("Motion") on September 13, 2021.  (Doc. No. 415.)  Clara Veseliza Baker, a.k.a. Clair Marlo ("Marlo") opposed the motion on October 4, 2021.  (Doc. No. 426.)  The Court has reviewed the Motion, and opposition, and finds it suitable for resolution without oral argument pursuant to Local Rule 7-15.

  In the Motion, Baker seeks relief from several orders entered in this case, including the Court's *Nunc Pro Tunc* Order, Order on Motion in Limine, Memorandum Opinion and Findings of Fact and Conclusions of Law, and the Court's Order awarding Marlo attorneys' fees after remand.  (Doc. No. 415.)  The Court previously denied relief based on the same orders as this Motion.  (Doc. No. 411.)  Moreover, the Court's September 2, 2021 Order modified Clara's attorneys' fees pursuant to the Ninth Circuit's Mandate.  (Doc. No. 414.)  Accordingly, the Court **DENIES** Alexander's Motion for Relief from Judgment and hereby VACATES the hearing set on October 25, 2021 at 2:00 p.m.

  **IT IS SO ORDERED.**